DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**GERARDO FELIPE,**
Appellant,

v.

**SHERI FELIPE** n/k/a **SHERI LYNN DEPUY,**
Appellee.

No. 4D21-553

[December 16, 2021]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Karen M. Miller, Judge; L.T. Case No. 502019DR009939XXXMB.

Daniel A. Bushell of Bushell Law, P.A., Fort Lauderdale, for appellant.

Stacy N. Beaulieu-Fawcett of Beaulieu-Fawcett Law Group, P.A., Delray Beach, for appellee.

PER CURIUM

*Affirmed.*

MAY, KLINGENSMITH and ARTAU, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***